IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ENCOMPASS INDEMNITY COMPANY                                PLAINTIFF

v.                         No. 3:16-cv-66-DPM

KEITH M. INGRAM; BETTY INGRAM;
RHONDA MICHELLE GOODFELLOW,
on behalf of herself and all similarly situated persons;
CRITTENDEN HOSPITAL ASSOCIATION, d/b/a
Crittenden Regional Hospital d/b/a Crittenden
Memorial Hospital; EUGENE K. CASHMAN, JR.;
JAMIE R. CARTER, JR.; DAVID G. BAYTOS;
DAVID RAINES, JR.; W. BRAD McCORMICK;
JASON W. COLLARD; HERCHEL F. OWENS;
ANDREW LUTTRELL; DONNA B. LANIER;
CAROL C. McCORMACK; RANDALL CATT;
DAVID FORD; THOMAS F. DONALDSON, JR.;
WILLIAM JOHNSON; LANNIE L. LANCASTER;
JULIO P. RUIZ; SHERRY L. LONDON;
NESS S. SECHREST; RANDY R. SULLIVAN;
LEVEN WILLIAMS; SIMPLIFI HEALTH
MANAGEMENT, LLC; and CIGNA HEALTH
AND LIFE INSURANCE COMPANY                                DEFENDANTS

JUDGMENT

Encompass Indemnity Company's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2016